

Emmaus Borough Annexation Case.

 Argued June 17, 1971. *John P. Thomas,* for appellant; *George A. Hahalis,* with him *Wallace C. Worth, Jr.,* for Township of Upper Milford, appellee; *Gene D. Smith,* for Township of Lower Macungie, appellee.

Order affirmed.

SPAULDING, J., absent.

Emmaus Borough Annexation Case.

 Argued June 17, 1971. *William H. Platt,* for appellant; *George A. Hahalis,* with him *Wallace C. Worth, Jr.,* for Township of Upper Milford, appellee; *Gene D. Smith,* for Township of Lower Macungie, appellee.

Order affirmed.

SPAULDING, J., absent.

Emmaus Borough Annexation Case.

 Argued June 17, 1971. *William H. Platt,* for appellants; *George A. Hahalis,* with him